UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>                 Plaintiff,<br>v.<br><br><br>BATTLE FISH NORTH; MAGNOLIA<br>PROCESSING, INC.; WILLIAM HOUSTON<br>BATTLE, SR.; WILLIAM HOUSTON BATTLE,<br>JR.; and THOMAS COOPER BATTLE,<br><br>                 Defendants. | CIVIL ACTION NO.<br><br>3:23-cv-00348-MPM-RP |

## JOINT MOTION TO APPROVE CONSENT JUDGEMENT

Plaintiff, the Acting Secretary of Labor, United States Department of Labor ("the Acting Secretary") and Defendants Battle Fish North, Magnolia Processing, Inc., William "Bill" Houston Battle Sr., William Houston Battle Jr., and Thomas Cooper Battle (collectively "Defendants") respectfully request that the Court enter the proposed Consent Judgment attached hereto as Exhibit A.

The Consent Judgment resolves all issues between the Acting Secretary and Defendants at issue in this litigation.

WHEREFORE, the parties request that this motion be granted.

This 29th day of August, 2024.

| | |
|---|---|
| */s/ Brandon E. Davis* <br> Brandon E. Davis <br> PHELPS DUNBAR LLP <br> 4270 I-55 North <br> Jackson, MS 39211 <br> Telephone: (601) 352-2300 <br> Facsimile: (601) 352-9777 <br> marcellus.chamberlain@phelps.com <br> brandon.davis@phelps.com | SEEMA NANDA <br> Solicitor of Labor <br><br> TREMELLE I. HOWARD <br> Regional Solicitor <br><br> CHARNA C. HOLLINGSWORTH-MALONE <br> Deputy Regional Solicitor <br><br> DANIEL P. MILLER <br> Trial Attorney <br><br> */s/ John O. Gainey* <br> JOHN O. GAINEY <br><br> U. S. Department of Labor <br> Office of the Solicitor <br> 61 Forsyth Street, SW, Room 7T10 <br> Atlanta Georgia  30303 <br> Telephone: 678-237-0623 <br> Facsimile: 404-302-5438 <br> Email: gainey.john.o@dol.gov <br>        miller.daniel.p@dol.gov <br>        Atl.fedcourt@dol.gov <br><br> Attorneys for Plaintiff, Julie A. Su, <br> Acting Secretary of Labor, <br> U.S. Department of Labor |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JULIE A. SU, ) <br> Acting Secretary of Labor, ) <br> United States Department of Labor, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> BATTLE FISH NORTH; MAGNOLIA ) <br> PROCESSING, INC.; WILLIAM HOUSTON ) <br> BATTLE, SR.; WILLIAM HOUSTON BATTLE, ) <br> JR.; and THOMAS COOPER BATTLE, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:23-cv-00348-DMB-RP |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2024, I electronically filed the foregoing Motion to Approve Consent Judgment with the Clerk of Court using the CM/ECF system, which automatically served the document on the following counsel for Defendants:

Brandon Davis, Esq.
Phelps Dunbar LLB
365 Canal St # 2000
New Orleans, LA 70130
brandon.davis@phelps.com


*/s/ John O. Gainey*
JOHN O. GAINEY
Trial Attorney

Telephone: (678) 237-0623
Facsimile: (404) 302-5438
Gainey.john.o@dol.gov
atl.fedcourt@dol.gov (Primary)